**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DARRYL E. LITTLE, SR.,
ADC # 119047**                                                                                                    **PLAINTIFF**

V.                              CASE NO. 5:09CV00313-JLH-BD

**W C "DUB" BRASWELL DETENTION
CENTER,** *et al.*                                                                                                 **DEFENDANTS**

## ORDER

Plaintiff filed this action pro se on October 15, 2009, under 42 U.S.C. § 1983 (docket entry #2).  He was granted *in forma pauperis* status on October 19, 2009 (#3).

It appears that Plaintiff is no longer incarcerated in the W. C. "Dub" Braswell Detention Center, as evidenced by mail sent to the Plaintiff, which has been returned to the Court as undeliverable (#10, 13, 14).  Plaintiff is directed to provide notice of his new address on or before January 11, 2010, in order to proceed with his case.

Failure to timely comply with this Order may result in dismissal of this case under Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which requires any party not represented by counsel to notify the Clerk and the other parties promptly of any change in his or her address; to monitor the progress of the case; and to prosecute or defend the action diligently.  Further, if any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

IT IS SO ORDERED this 11th day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE