IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARRYL E. LITTLE, SR.**  PLAINTIFF
**ADC # 708998**

v.   CASE NO. 5:09CV00313-JLH-BD

**W.C. "DUB" BRASSELL DETENTION CENTER**, *et al.*  DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Amended Complaint is dismissed without prejudice under Local Rule 5.5(c)(2) for failure to comply with the Court's Order of December 11, 2009.

IT IS SO ORDERED this 23rd day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE